## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 24, 2022

_____

No. 21-4684
(2:18-cr-00113-RBS-DEM-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ADONIS MARQUIS PERRY

  Defendant - Appellant

_____

ANDERS NOTICE

_____

NOTICE TO APPELLANT: Adonis Perry

PRO SE SUPPLEMENTAL BRIEF DUE: 03/28/2022

Your attorney has filed a brief on your behalf pursuant to Anders v. California, 386 U.S. 738 (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.

Richard H. Sewell, Deputy Clerk
804-916-2702

Copies:    Joseph Attias
OFFICE OF THE UNITED STATES ATTORNEY
Eastern District of Virginia
919 East Main Street
Suite 1900
Richmond, VA 23219-2447

Mr. Joseph Evan DePadilla
OFFICE OF THE UNITED STATES ATTORNEY
8000 World Trade Center
101 West Main Street
Suite 8000
Norfolk, VA 23510-1624

Kevin Patrick Hudson
OFFICE OF THE UNITED STATES ATTORNEY
Fountain Plaza 3
721 Lakefront Commons
Suite 300
Newport News, VA 23606-0000

William Buchanan Jackson
OFFICE OF THE UNITED STATES ATTORNEY
8000 World Trade Center
101 West Main Street
Suite 8000
Norfolk, VA 23510-1624

Adonis Marquis Perry

Trevor Jared Robinson
TREVOR JARED ROBINSON, ATTORNEY AT LAW
801 Boush Street

202
Norfolk, VA 23510


Adonis M. Perry 58623-083
Norfolk City Jail
811 E. City Hall Ave.
Norfolk Va, 23510