IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, VA 23219

UNITED STATES OF AMERICA,

No. 21-4684

V.

2:18-cr-00113

ADONIS MARQUIS PERRY,

RECEIVED 2022 MAR 10 PM 1:37 US COURT OF APPEALS FOURTH CIRCUIT

## Motion to Dismiss Counsel

Now comes the said defendant ADONIS MARQUIS PERRY in this Pro se motion Moves this Honorable court to dismiss said counsel Trevor Jared Robinson for the reasons stated below. As the court record will prove it's been a past and on going conflict between me and mr. Robinson dates back to 2016. The court record will also prove that through out my trial I argued the fact that mr. Robinson violated my rights ending in me being removed from my own trial. This is clearly a case of ineffective assistance of counsel. With this being said I ask that the courts respectfully

Page 2

grant this motion and replace Mr. Robinson with new appoint counsel for the said defendant due to the on going conflict and that a new Anders Brief be submitted, by new counsel or filed Pro se in 60 days from today, when the defendant reaches his final destination in the Bureau of Prisons. Were he will have access to the Law Library.

as per
Adonis M. Perry
811 E. City Hall Ave.
Norfolk, Va 23510

Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2022 I sent this hand writed pro se motion for Dismiss counsel Trevor J. Robinson which will be sent through us mail to the clerk of courts as well as a copy be sent to all partys..

Trevor J. Robinson
Attorney at law
801 Boush Street, suite, 202
Norfolk, va 23510

Joseph E. DePadilla
Office of the united states Attorney
8000 world Trade center
101 west main st. suite 8000
norfolk, va 23510