# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff-Appellee* ) | |
| ) | |
| ) | |
| v. ) | RECORD NO.: 21-4684 |
| ) | |
| ) | |
| ) | |
| ADONIS MARQUIS PERRY ) | |
| *Defendant-Appellant* ) | |

## RESPONSE TO DEFENTANT-APPELLANT'S MOTION TO DISMISS COUNSEL

    I, Trevor Jared Robinson, counsel for the Appellant-Defendant, hereby submit that I do not object to my dismissal as counsel for Appellant-Defendant, as he has manifested his request to either proceed with alternate appointed counsel, or to submit his own pro-se brief.

    I deny that I contributed to any alleged violation of Defendant-Appellant's Constitutional rights, and that his removal from the Courtroom during the Government's closing argument was due to both his outburst and his refusal to control himself.

                                                    /s/_____
                                     Trevor Jared Robinson, Esq., VSB No. 68591
                                     Counsel for Defendant-Appellant Adonis M. Perry
                                     801 Boush Street, Suite 202
                                     Norfolk, Virginia 23510
                                     Tel: 757-622-4686
                                     Fax: 757-622-4779
                                     Email: Trevor@robinsonlaw.net

## CERTIFICATE OF SERVICE

     I certify that on this 18th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification (NEF) to the following filing user:

Joseph DePadilla, Esq.
William B. Jackson, Esq.
United States Attorneys
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510


I also certify that I have sent the foregoing to the following via U.S. Mail to:

Adonis M. Perry
#58623-083
7240 Courtland Farm Road
Hanover, Virginia 23069

        /s/_____
Trevor Jared Robinson, Esq., VSB No. 68591
Counsel for Defendant-Appellant Adonis M. Perry
801 Boush Street, Suite 202
Norfolk, Virginia 23510
Tel: 757-622-4686
Fax: 757-622-4779
Email: Trevor@robinsonlaw.net